IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JUAN FUENTES AGUILAR,** | No. CV-F 05-1290 AWI |
| Petitioner, | (No. CR-F 05-209 AWI) |
| v. | |
| **UNITED STATES OF AMERICA,** | ORDER ON PETITIONER'S REQUEST FOR RELIEF UNDER 28 U.S.C. § 2255 |
| Respondent. | (Doc. No. 13) |

Petitioner Juan Fuentes Aguilar ("Petitioner") seeks relief under 28 U.S.C. § 2255 from the sentence of 30 months custody in the Bureau of Prisons. The sentence was imposed by this Court on August 11, 2005, following Petitioner's guilty plea pursuant to a plea agreement for deported alien found in the United States under 8 U.S.C. § 1326. Petitioner's § 2255 motion requests that the Court reduce his sentence so that he can return to his home country of Mexico more quickly.

## Resolution

Petitioner's plea bargain included a waiver of Petitioner's right to challenge his sentence either directly or collaterally through § 2255. See Court's Docket Doc. No. 10. Such waivers are generally given effect, although there are exceptions. See United States v. Baramdyka, 95 F.3d 840, 843 (9th Cir. 1996); United States v. Johnson, 67 F.3d 200, 201-03 (9th Cir. 1995); United States v. Abarca, 985 F.2d 1012, 1014 (9th Cir. 1993). Petitioner alleges no exceptions. Thus, his plea agreement precludes this § 2255 petition. See id.

Additionally, Petitioner only states that he wants to return to Mexico, that he wants to work and support his family, and that he does not intend to return to the United States. Petitioner

1  has pled no facts that would entitle him to relief.  See United States v. Howard, 381 F.3d 873,
2  879 (9th Cir. 2004); United States v. Hearst, 638 F.2d 1190, 1194 (9th Cir.1980).
3
4         Accordingly, Petitioner's motion pursuant to 28 U.S.C., section 2255 to correct, amend or
5  set aside the sentence is hereby DENIED.  The Clerk of the Court shall CLOSE THE CASE.
6
7  IT IS SO ORDERED.
8  **Dated:    April 24, 2008**                        /s/ Anthony W. Ishii
                                                UNITED STATES DISTRICT JUDGE